UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-33-1BO

FILED

DEC 16 2010



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| DESHUNTO ALSTON ) | |

This matter having come before the court for hearing by oral motion, came to be heard, and was heard, before the undersigned United States District Judge, upon oral motion of the Defendant, and with the consent of the Government, seeking leave to continue the arraignment and trial.

For good cause shown, it is hereby **ORDERED** this matter is continued until the Court's February, 2011 term of court.

It is further ORDERED that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This 16 day of December, 2010.

TERRENCE W. BOYLE
United States District Judge