UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-00033-BO-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| DESHUNTO ALFONZA ALSTON | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal Docket Entry No. 52. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed be filed under seal.

This the 3 day of August, 2011.

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE