## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## Western Division
## CASE NO. 5:10-CR-00033-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| DESHUNTO ALSTON | ) |

## ORDER

This Cause comes before the Court upon Defendant's Motion to Seal "Defendant's

Sentencing Memorandum" and one attached exhibit under seal.

For good cause shown, this Court hereby finds that reasonable cause exists to allow the

aforementioned Sentencing Memorandum and one attached exhibit to be filed under seal.

SO ORDERED, this the **17** day of September, 2013.

Terrence W. Boyle
U.S. District Court Judge