UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Deshunto Alfonza Alston**　　　　　　　　　　　　　**Docket No. 5:10-CR-33-1BO**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deshunto Alfonza Alston, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 19, 2013, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Alston was released from custody on November 9, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 17, 2018, the defendant tested positive for marijuana, and this specimen was confirmed through laboratory analysis on April 21, 2018. During a home inspection on April 26, 2018, the defendant admitted to using marijuana on April 3, 2018, and he signed an admission of drug use form. The defendant was verbally reprimanded for this violation, and he has agreed to participate in treatment as instructed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield　　　　　　　　　　/s/ Dewayne L. Smith
Dwayne K. Benfield　　　　　　　　　　　　Dewayne L. Smith
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　201 South Evans Street, Rm 214
　　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　　Phone: 252-830-2338
　　　　　　　　　　　　　　　　　　　　　Executed On: April 26, 2018

Deshunto Alfonza Alston
Docket No. 5:10-CR-33-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___1___ day of ___May___, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge